1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

4 | DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200

7

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 05- 00753 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL APPEARANCE |
| DORIAN ROBERT MORGAN, | ) | |
| Defendant. | ) | |

The above-referenced matter is currently scheduled before the Court on December 12, 2005 at 9:30 a.m. for an initial appearance. The undersigned parties jointly stipulate and request that this date be calendared for December 5, 2005 at 9:30 a.m. before the Court.

SO STIPULATED.

Dated: 11/29/05

_____
DEREK R. OWENS
Chief, Misdemeanor Section

Dated: 11/29/05

_____
JOSH COHEN
Attorney for Defendant

IT IS SO ORDERED.

DATED: December 1, 2005

_____
EDWARD M. CHEN
United States Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]

Case No. CR-05-00753 MAG