KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

ACADIA L. SENESE
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7031
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00753 MAG |
| Plaintiff, ) | |
| v. ) | **ORDER FOR SUMMONS** |
| DORIAN ROBERT MORGAN, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Acadia L. Senese, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Robert Dorian Morgan to appear on December 12, 2005 at 9:30 am before Magistrate Judge Elizabeth D. Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 12/1/05

EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00753 MAG