IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
DORIAN ROBERT MORGAN,
Defendant.

No. CR 05-00753 MAG

STIPULATION AND ORDER CONTINUING HEARING

**STIPULATION**

Defense counsel request to continue the sentencing hearing in the above-captioned matter from, December 20, 2005 until January 23, 2006 at 9:30 a.m. The continuance requested is necessary because defense counsel will be out of town. Assistant United States Attorney Derek Owens has been contacted and has no objection to continuing the hearing in this matter;

**IT IS SO STIPULATED.**

DATED: December 15, 2005

_______/S/___________________________
RONALD TYLER
Assistant Federal Public Defender
Counsel for Dorian Robert Morgan

DATED:December 15, 2005

______/S/____________________________
DEREK OWENS
Assistant United States Attorney

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued until January 23, 2006 at 9:30 a.m. before Magistrate Judge Joseph C. Spero.

IT IS SO ORDERED.

DATED: December 16, 2005

UNITED STATES DISTRICT COURT
GRANTED
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE